# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SYLVIA ZORSCH,

           Plaintiff(s),

vs.

EQUIFAX INFORMATION SERVICES, LLC, et al.,

           Defendant(s).

Case No. 2:17-cv-03121-APG-NJK

ORDER

(Docket No. 12)

Pending before the Court is a stipulation between Plaintiff and Defendant Silver State Schools Credit Union ("SSSCU") to extend time for Defendant SSSCU to file its responsive pleading to Plaintiff's complaint. Docket No. 12. The parties submit that "presently, SSSCU's responsive pleading is due by January 23, 2018" and request an extension until February 6, 2018. *Id.*

The parties' stipulation, however, was filed on February 1, 2018. *Id.* at 2. Therefore, Defendant SSSCU's deadline expired prior to the filing of the stipulation. Local Rule IA 6-1 requires that a request for extension made after the expiration of a deadline must be supported by excusable neglect. The parties have failed to address, let alone show, excusable neglect. Additionally, Local Rule IA 6-1 requires that a stipulation to extend time "must state the reasons for the extension requested." The parties have failed to state a reason for the extension request.

//

//

Accordingly, the Court **DENIES** without prejudice the parties' stipulation. Docket No. 12.

IT IS SO ORDERED.

Dated: February 2, 2018

_____
Nancy J. Koppe
United States Magistrate Judge