| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| | Dana Jonathon Nitz, Esq. |
| 2 | Nevada Bar No. 0050 |
| | Ramir M. Hernandez, Esq. |
| 3 | Nevada Bar No. 13146 |
| 4 | 7785 W. Sahara Ave., Suite 200 |
| | Las Vegas, NV 89117 |
| 5 | (702) 475-7964; Fax: (702) 946-1345 |
| | dnitz@wrightlegal.net |
| 6 | rhernandez@wrightlegal.net |
| 7 | *Attorneys for Defendant, Silver State Schools Credit Union* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SYLVIA ZORSCH, | Case No.: 2:17-cv-03121-APG-NJK |
| Plaintiff, | **RENEWED STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING** |
| vs. | |
| EQUIFAX INFORMATION SERVICES, LLC, MORTGAGE SERVICE CENTER, SILVER STATE SCHOOLS CREDIT UNION, AND TOYOTA FINANCIAL SERVICES, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff, Sylvia Zorsch ("Plaintiff"), and Defendant, Silver State Schools Credit Union ("SSSCU") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On December 27, 2017, Plaintiff filed her Complaint [ECF No. 1]. SSSCU was served with Plaintiff's Complaint on January 2, 2018. Presently, SSSCU's responsive pleading is due by January 23, 2018. The Parties have discussed extending the deadline for SSSCU to respond to the complaint. Prior to the deadline the parties had reached an agreement to extend the deadline to February 6, and had prepared a stipulation to that effect, the form of which Plaintiff approved. Unfortunately, SSSCU's counsel inadvertently did not file the Stipulation.

When SSSCU caught the mistake, it emailed Plaintiff and received her consent to file the stipulation on February 1, 2018 [ECF No. 12]. Because it was filed late and did not provide

excusable neglect for the late filing, as well as an explanation for the need for the extension, the Court denied the stipulation without prejudice [ECF No. 14]. Prior to catching the error in the filing, the parties had agreed to extend the time for SSSCU to respond to the Complaint to February 20, 2018. The parties seek this extension to explore the factual issues of the case and discuss possible resolution of the claims.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for SSSCU to file its responsive pleading by four weeks to February 20, 2018.

This is the first stipulation for extension of time for SSSCU to file its response to Plaintiff's Complaint. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

| | |
|---|---|
| DATED this 5th day of February, 2018.<br>WRIGHT, FINLAY & ZAK, LLP<br><br>/s/ Ramir M. Hernandez<br>Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>Attorneys for *Defendant, Silver State Schools Credit Union* | DATED this 5th day of February, 2018.<br>KNEPPER & CLARK LLC<br><br>/s/ Miles N. Clark<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>Attorneys for *Plaintiff, Sylvia Zorsch* |

**IT IS SO ORDERED.**

DATED February 6 _____, 2018.

_____
U.S. MAGISTRATE JUDGE