UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SYLVIA ZORSCH,

        Plaintiff(s),

v.

EQUIFAX INFORMATION SERVICES, LLC, et al.,

        Defendant(s).

Case No. 2:17-cv-03121-APG-NJK

ORDER

(Docket No. 30)

Before the Court is Plaintiff and Defendant Silver Sate Schools Credit Union's notice of settlement. Docket No. 30. The Court **ORDERS** these parties to file a stipulation of dismissal no later than July 6, 2018.

IT IS SO ORDERED.

DATED: May 7, 2018

                                                       
NANCY J. KOPPE
United States Magistrate Judge