Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SYLVIA ZORSCH, | Case No.: 2:17-cv-03121-APG-NJK |
| Plaintiff, | **ORDER** |
| vs. | **STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE** |
| EQUIFAX INFORMATION SERVICES, LLC; MORTGAGE SERVICE CENTER; SILVER STATE SCHOOLS CREDIT UNION; and TOYOTA FINANCIAL SERVICES, | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Equifax Information Services, LLC, from the above captioned action, with prejudice. Each party will bear their own fees and costs.

**IT IS SO ORDERED.**

_____  5/10/2018
United States District Judge

IT IS SO STIPULATED.

Dated this 10th day of May, 2018.

| | |
|---|---|
| /s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>HAINES & KRIEGER, LLC<br>Email: dkrieger@hainesandkrieger.com<br><br>Attorney for Plaintiff<br>*Paul J. Couture* | /s/ *Bradley T. Austin*<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>SNELL & WILMER<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br>Email: baustin@swlaw.com<br><br>*Counsel for Equifax Information Services LLC* |
| /s/ *Ramir M. Hernandez*<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>WRIGHT FINLAY & ZAK LLP<br>7785 W. SAHARA AVE, STE 200<br>Las Vegas, NV 89117<br>Email: rhernandez@wrightlegal.net<br><br>*Counsel for Defendant*<br>*Silver State Schools Credit Union* | |