Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SYLVIA ZORSCH, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC; MORTGAGE SERVICE CENTER; SILVER STATE SCHOOLS CREDIT UNION; and TOYOTA FINANCIAL SERVICES, <br><br> Defendants. | Case No.: 2:17-cv-03121-APG-NJK <br><br> **STIPULATION OF DISMISSAL OF SILVER STATE SCHOOLS CREDIT UNION WITH PREJUDICE** <br><br> **ORDER** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Silver State Schools Credit Union, from the above captioned action, with prejudice. Each party will bear their own fees and costs.

STIPULATION OF DISMISSAL OF SILVER STATE SCHOOLS CREDIT UNION WITH PREJUDICE - 1

IT IS SO STIPULATED.

Dated this 6th day of July, 2018.

| | |
|---|---|
| /s/ *Miles N. Clark* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com <br><br> David H. Krieger, Esq. <br> HAINES & KRIEGER, LLC <br> Email: dkrieger@hainesandkrieger.com <br><br> Attorney for Plaintiff <br> *Paul J. Couture* | /s/ *Ramir M. Hernandez* <br> Ramir M. Hernandez, Esq. <br> Nevada Bar No. 13146 <br> Ace C. Van Patten <br> Nevada Bar No. 11731 <br> WRIGHT FINLAY & ZAK LLP <br> 7785 W. SAHARA AVE, STE 200 <br> Las Vegas, NV 89117 <br> Email: rhernandez@wrightlegal.net <br> Email: avanpatten@wrightlegal.net <br><br> *Counsel for Defendant* <br> *Silver State Schools Credit Union* |

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF SILVER STATE SCHOOLS CREDIT UNION

## WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: July 6, 2018.

STIPULATION OF DISMISSAL OF SILVER STATE SCHOOLS CREDIT UNION WITH PREJUDICE - 2