# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SYLVIA ZORSCH, | Case No.: 2:17-cv-03121-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant | |

Plaintiff Sylvia Zorsch has not taken action to prosecute her claims against defendants Mortgage Service Center and Toyota Financial Services since January 2018.

IT IS THEREFORE ORDERED that if plaintiff Sylvia Zorsch takes no action as to these defendants by October 22, 2018, I will dismiss her claims against Mortgage Service Center and Toyota Financial Services for lack of prosecution.

DATED this 21st day of August, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE