# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SYLVIA ZORSCH, | Case No.: 2:17-cv-03121-APG-NJK |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | |
| Defendants | |

On August 21, 2018, I advised plaintiff Sylvia Zorsch that if she took no action to prosecute her claims against the remaining defendants, Mortgage Service Center and Toyota Financial Services, by October 22, 2018, I would dismiss her claims against these defendants for lack of prosecution. Zorsch has taken no action in the case following my order.

IT IS THEREFORE ORDERED that plaintiff Sylvia Zorsch's claims against defendants Mortgage Service Center and Toyota Financial Services are DISMISSED without prejudice for failure to prosecute. The clerk of court is instructed to close this case.

DATED this 25th day of October, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE